RECEIVED
IN LAFAYETTE, LA.

AUG 17 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANET FONTENOT DUHON | CIVIL ACTION NO. 6:12-cv-00461 |
| VERSUS | JUDGE DOHERTY |
| BANK OF AMERICA, N.A., L.P. AND JACKSON & MCPHERSON, L.L.C. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's oral motion for leave to proceed *in forma pauperis* is denied as moot; defendant Bank of America's motion for judgment on the pleadings (Rec. Doc. 6) is **DENIED AS MOOT**; defendant Jackson & McPherson's motion for judgment on the pleadings (Rec. Doc. 9) is **DENIED AS MOOT**; the plaintiff's oral motion for dismissal of the action is **GRANTED**; and the action is **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

Lafayette, Louisiana, this 17 day of August, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE